**REHEARING ACTION: June 3, 2009**

**Docket Number: 08   00934-CA**

**PATRICK E. PHILLIPS, JR., ET AL**
**VERSUS**
**G & H SEED CO., ET AL.**

**Appealed from ST. LANDRY Parish Case No. 00-C-2220-D**

**BEFORE JUDGES:**

  Hon. John D. Saunders
  Hon. Oswald A. Decuir
  Hon. Michael G. Sullivan
  Hon. Elizabeth A. Pickett
  Hon. Billy Howard Ezell

As counsel of record in the captioned case, you are hereby notified:

The application for rehearing filed by **Patrick E. Phillips, Jr., et al** and **Lisa Guidry, et al** has this day been

  **DENIED.**
  Saunders, J., would grant.

The application for rehearing filed by **James E. Bernard, Jr.** has this day been

  **DENIED.**
  Saunders, J., would grant.

Also, the request for en banc rehearing filed by **James E. Bernard, Jr.** has this day been

  **DENIED.**
  Saunders, J., would grant.

cc: Andre F. Toce, Counsel for the Appellee
    Joseph Arshawsky, Counsel for the Appellee
    Elwood C. Stevens, Jr., Counsel for the Appellee
    Gary A. Bezet, Counsel for the Appellee
    Robert Edgar Dille, Counsel for the Appellee
    Terrence D. McCay, Counsel for the Appellee
    Allison N. Benoit, Counsel for the Appellee
    Louis Charles LaCour, Jr., Counsel for the Appellant
    Raymond Peter Ward, Counsel for the Appellant
    Christine S. Fortunato, Counsel for the Appellant
    Lauren J. Delery, Counsel for the Appellant
    Michael Thomas Pulaski, Counsel for the Appellee
    Allen V. Davis, Counsel for the Appellee
    Carl M. Duhon, Counsel for the Appellee
    Gerald Charles deLaunay, Counsel for the Appellee
    Hon. Jerold Edward Knoll, Counsel for the Appellee
    Triston Kane Knoll, Counsel for Intervenor
    Patrick Craig Morrow, Sr., Counsel for the Appellee

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**